JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 23-01780-CJC (JDEx)                                Date: March 4, 2024

Title: <u>LINDSAY A. VASQUEZ v. ARAMARK CAMPUS, LLC</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

<u>Rolls Royce Paschal</u>                              <u>     N/A     </u>
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE AFTER SETTLEMENT AT MEDIATION**

    Having received the mediator's Mediation Report stating that this case fully settled on March 1, 2024, (Dkt. 17), the Court **DISMISSES** this case and orders all proceedings vacated and taken off calendar. The Court retains jurisdiction for 30 days to vacate this order and to reopen the case if the settlement is not completed upon showing of good cause.

cb

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk RRP