ARIN | JAMES LLP
Arin Norijanian, Bar No. 260936
James H. Demerjian, Bar No. 266525
100 North Brand Blvd., Suite 620
Glendale, CA 91203
Tel:   +818.476.0133
Fax:  +818.230.5243
arin@arinjames.com
james@arinjames.com

Attorneys for Plaintiff,
LINDSAY A. VASQUEZ

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
Sarah Zenewicz, Bar No. 258068
Grace Johnson, Bar No. 348394
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001
eric.meckley@morganlewis.com
sarah.zenewicz@morganlewis.com
grace.johnson@morganlewis.com

Attorneys for Defendant
ARAMARK CAMPUS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY A. VASQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CAMPUS, LLC., a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-CV-01780-CJC-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff Lindsay Vasquez and Defendant Aramark Campus, LLC, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own fees and costs.

Dated: May 14, 2024                MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Eric Meckley*
Eric Meckley
Sarah Zenewicz
Grace Johnson

Attorneys for Defendant
ARAMARK CAMPUS, LLC.

Dated: May 14, 2024                ARIN | JAMES LLP

By: */s/ James Demerjian*
Arin Norijanian
James H. Demerjian

Attorneys for Plaintiff
LINDSAY VASQUEZ

## SIGNATURE ATTESTATION

I, Eric Meckley, am the ECF user whose identification and password are being used to file this Stipulation of Dismissal with Prejudice. I hereby attest that Plaintiff's attorneys concur in this filing.

Dated: May 14, 2024                MORGAN, LEWIS & BOCKIUS LLP

By */s/ Eric Meckley*
Eric Meckley